JULIA DARDONVILLE, Respondent, *v.* HOLLOWAY LEWIS, Appellant.

(Argued April 20, 1881 ; decided May 10, 1881.)

*Alex. Cumming* for appellant.

*William Gleason* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

ABNER SEARLES, Respondent, *v.* ZACHARIAH CURTIS et al., Appellants.

(Argued April 27, 1881 ; decided May 10, 1881.)

*R. A. Stanton* for appellants.

*Isaac S. Newton* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

GEORGE W. RING, Respondent, *v.* THE CITY OF COHOES, Appellant.

(Argued April 28, 1881; decided May 10, 1881.)

*E. Countryman* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.